**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK**

| | |
|---|---|
| FRANCES PENNIX, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>WHIRLPOOL CORPORATION,<br><br>    Defendant. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Frances Pennix ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Defendant Whirlpool Corporation ("Defendant") and alleges as follows based on personal knowledge as to their own acts and on investigation conducted by counsel as to all other allegations:

## PARTIES

1.    Plaintiff Frances Pennix is a citizen of the state of New Jersey. Plaintiff Frances Pennix purchased a 30-Inch-Wide French Door Whirlpool Refrigerator, model number WRF560SEYM 05, on July 26, 2018, at Best Buy in Union, New Jersey.

2.    In May of 2019, Plaintiff Frances Pennix's Refrigerator started making a loud knocking sound and stopped cooling shortly after. On or around May 23, 2019, a technician serviced her appliance to correct the issue, which was described to her as an issue with the fan. This repair cost approximately $458.00. Several months later, the freezer portion of the appliance stopped cooling and developed substantial ice build-up. On or around September 16, 2019, a technician serviced her appliance by steaming off the ice build-up. This issue with the Refrigerator was described to Plaintiff as a drain clog. This second repair cost approximately $480.00. A month

1

later, Plaintiff was still having issues with her freezer, so the technician returned on October 14, 2019 to remove her icemaker. Further, due to the aforementioned defects, Plaintiff Frances Pennix lost approximately $400.00 worth of food. Plaintiff Frances Pennix still has the repaired Refrigerator, without an icemaker. While the appliance currently works, the Refrigerator makes a loud knocking sound and has developed rust.

3.      Defendant Whirlpool Corporation is a Delaware corporation with its principal place of business in Benton Harbor, Michigan.

## JURISDICTION AND VENUE

4.      This Court has subject-matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d) because (1) the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, (2) the action is a class action, (3) there are members of the proposed Class who are diverse from Defendant, and (4) there are more than 100 proposed Class members.

5.      This Court has general and specific jurisdiction over the Defendant because Defendant has sufficient minimum contacts with New Jersey and within this District to establish Defendant's presence in New Jersey, and certain material acts upon which this suit is based occurred within this District. Defendant does substantial business in the State of New Jersey and within this Judicial District, and otherwise maintains requisite contacts with the State of New Jersey. Specifically, Defendant distributed and sold, including through third-party retailers, the Refrigerators in New Jersey.

6.      Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because Defendant is subject to personal jurisdiction within the District of New Jersey and a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this judicial District, including

that Plaintiff purchased and used the Refrigerator in New Jersey. Additionally, Defendant distributes the Refrigerator in this District, receives substantial compensation and profits from the sale of Product in this District and has and continues to conceal and make material omissions in this District.

## FACTUAL ALLEGATIONS

### I. The Defect

7.      Defendant designs, manufactures, and sells consumer appliances throughout the United States, including certain refrigerators purchased by Plaintiff and Class members ("Refrigerators") that suffer from two defects whereby (1) the brass thermistor and/or thermistor clip was defective in that it did not sense that the unit needed to defrost, thereby allowing blocks of ice to form, which intruded into the appliance's fan pathway and preventing the unit from cooling; and (2) the drain tube of the unit is defective in that it does not open up properly to allow water out, and then the water stays in the unit and freezes, thereby causing a clog and prevents the unit from cooling. The first Defect described in this paragraph will be referred to as ("Defect (1)"); the second Defect detailed below will be described as ("Defect (2)"); and the aforementioned two defects will be collectively referred to as the ("Defects") for the remainder of the Complaint.

8.      More specifically, Defect (1) is caused by a defective brass thermistor and/or thermistor clip was defective in that it did not stay secure to the evaporator causing Plaintiff and Class members' appliances to experience "insufficient cooling in the freezer and refrigerator." *See* Exhibit A, Insufficient Cooling Technical Service Pointer. When the evaporator does not defrost it may freeze up completely causing microleaks and also allow refrigerant to flow to the compressor. Corrosion would form on the brass freezer defrost thermistor and/or thermistor clip, preventing the thermistor from sensing when the unit needed to be cooled. In order to fix this issue,

technicians were instructed to remove the defective brass thermistor and replace it with a plastic thermistor and/or thermistor clip, as confirmed by the attached Technical Service Pointer written by Defendant to educate technicians on the appliances' defect. *See* Exhibit A, Insufficient Cooling Technical Service Pointer. The aforementioned Technical Service Pointer was released in September of 2016, nearly two years before Plaintiff purchased her Refrigerator. Despite Defendant's knowledge of Defect (1), Defendant continued to sell the appliances with the Defect to consumers, including but not limited to Plaintiff.

9.      The Refrigerators with Defect (1) include, but are not limited to, model numbers WRF560SEYM 05; KFFS20EY 00; KFFS20EY 01; KFFS20EY 02; KFFS20EY 04; KRFF300E 00; KRFF300E 01; MFB2055DR 00; MFB2055DR 01; MFB2055YE 00; MFB2055YE 01; MFB2055YE 02; MFF2055DR 01; MFF2055DR 02; MFF2055YE 00; MFF2055YE 01; MFF2055YE 02; MFW2055DR 00; MFW2055DR 01; MFW2055YE 00; MFW2055YE 01; MFW2055YE 02; WRF560SEY 00; WRF560SEY 01; WRF560SEY 04; WRF560SEY 05; WRF560SFY 00; WRF560SFY 01; WRF560SFY 02; WRF560SFY 03; WRF560SFY 04; WRF560SFY 05; WRF560SMY 00; WRF560SMY 01; WRD560SMY 02; WRF560SMY 03.

10.     Defect (2) is caused by a defective duckbill drain tube. Due to a defective design and/or manufacture of the duckbill drain tube, the drain tube does not properly allow water out of the system. After a build up of water occurs, the water freezes in the bottom of the freezer, which clogs the draining, thereby allowing ice to build up, which prevents the unit from cooling. This Defect is confirmed by the attached Technical Service Pointer written by Defendant to educate technicians on the appliances' defect. *See* Ice Build-Up in Bottom of Freezer Technical Service Pointer, attached hereto as Exhibit B. The Defendant further acknowledges the defect by extending the warranty on the drain tube in its Technical Service Pointer. Despite Defendant's knowledge of

Defect (1), Defendant continued to sell the appliances with the Defect to consumers, including but not limited to Plaintiff.

11.    The Refrigerators with Defect (2) include, but are not limited to, model numbers: IX5BBEXDS; KFFS20EYBL; KFFS20EYMS; KFFS20EYWH;KRFF300EBL; KRFF300EBS; KRFF300ESS;    KRFF300EWH;    MFB2055DRE;    MFB2055DRM;    MFB2055FRZ; MFB2055YEB;    MFB2055YEM;    MFB2055YEW;    MFF2055DRE;    MFF2055DRH; MFF2055DRM;    MFF2055FRB;    MFF2055FRW;    MFF2055FRZ;    MFF2055YEB; MFF2055YEM;    MFF2055YEW;    MFW2055DRE;    MFW2055DRH;    MFW2055DRM; MFW2055FRZ;    MFW2055YEB;    MFW2055YEW;    WRF560SEHB;    WRF560SEHV; WRF560SEHV;    WRF560SEHZ;    WRF560SEYB'    WRF560SEYM;    WRF560SEYW; WRF560SFHW; WRF560SFYB; WRF560SFYE; WRFSFYH; WRF560SFYM; WRF560SFYW; WRF560SMHB;    WRF560SMHV;    WRF560SMHW;    WRF560SMHZ; WRF560SMYB;WRF560SMYE;    WRF560SMYH;    WRF560SMYM;    WRF560SMYW; WRFA60SMHN; WRFA60SMHZ.

12.    The Defects are inherent in the Refrigerators and were present at the time of sale.

13.    Numerous complaints to online forums detail purchasers' experiences with the Defects.[1]

14.    The Defects are material because they were not disclosed to purchasers and it substantially diminishes the value of the Refrigerators which were represented by Defendant.

15.    Had Plaintiff or Class members known about the Defects, they would have not purchased the Refrigerators or would have paid substantially less.

**II.  Defendant's Warranty and Representations**

---

[1] https://www.lowes.com/pd/Whirlpool-24-5-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000308681

16.     Defendant represents that the Refrigerators are reliable and capable of maintaining a consistent, safe temperature, including the temperature controls, thermistor, defrost feature, and the drain tube[2]:

> Choose the ideal temperature for whatever foods you're storing with convenient, up-front controls.
>
> . . .
>
> Don't worry about refilling ice trays with this pre-installed icemaker that makes sure you always have plenty of ice on hand.
>
> . . .
>
> Adaptive defrost automatically monitors the freezer environment and runs the cycle only when necessary.
>
> . . .
>
> Store fruits and vegetables in their ideal environment.

17.     Defendant provides an express warranty to end purchasers of the Refrigerators for 1 year against defects in materials or workmanship under normal home use.[3]

18.     Defendant impliedly warrants the merchantability of the Refrigerators.

19.     Plaintiff and Class members reasonably understood the express and implied warranties to warrant against the Defects.

20.     Defendant has not offered or provided an effective and lasting remedy for the Defects pursuant to the express or implied warranties.

21.     Defendant has breached the express and implied warranties by refusing to remedy the Defects or compensate Plaintiff or Class members pursuant to the warranties.

---

[2] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-25-cu.-ft.wrs325sdhz.html
[3] https://pdf.lowes.com/productdocuments/5f2cb93c-f53c-4213-8cc3-f21edede3082/10797981.pdf

22.     The attempted remedies offered or provided by Defendant pursuant to the express and implied warranties have failed of their essential purposes because they are not effective and lasting remedies.

23.     Plaintiff and Class members are entitled to a remedy that is not restricted by the terms of the express and implied warranties.

24.     Any limitation or exclusion of damages under the express and implied warranties is unconscionable and unenforceable because operation of the limitation or exclusion would deny Plaintiffs and Class members an effective remedy and would be grossly unfair and unforeseeable.

## III.  Defendant's Knowledge, Concealment, Omissions, and Misrepresentations About the Defect

25.     Defendant performed extensive pre-sale testing of the Refrigerators, including stress and endurance testing, during which they discovered or should have discovered the Defects.

26.     Defendant obtained numerous pre-release reviews of the Refrigerators before they entered the market, from which they discovered or should have discovered the Defects.

27.     Defendant actively monitors reviews and complaints made by consumers to its own website, from which it discovered or should have discovered the Defects. For reference, many such reviews dating back to five years ago can be found below.

28.     Defendant also actively monitors reviews and complaints made on websites of Defendant's partnered retailers such as Lowes, Home Depot, Best Buy, and Costco from which it discovered or should have discovered the Defects. For reference, many such reviews starting as early as five years ago can be found below.

Complaints and Reviews left on Defendant's own Website for Defect (1)[4]:





**Disappointedx3**

Brooklyn ny

Review 1
Votes 2

★☆☆☆☆ · 4 years ago

**The worst**

Bought 6 months ago door came off have 2 wait 2 months for a new door. Everything freezing in my frig. Purchased at PC Richard kitchen aid wont replace it. Have to wait for part . No children gardfly home terrible quality

I received a sweepstakes entry for this review.    Yes

Recommends this product  ✗ No

Helpful?   Yes · 2   No · 0   Report

---

**MIUS**

Princeton nj

Reviews 2
Votes 0

★☆☆☆☆ · 5 years ago

**Don't buy**

I just bought and it needs service. It cannot keep a steady temperature. If they can't fix I'll look toget my money back and replace. Very disappointed. I have a KitchenAid dishwasher and a jennair pro range and microwave which are all performing well surprised that whirlpool would put out such an inferior product

I received a sweepstakes entry for this review.    Yes

Recommends this product  ✗ No

Helpful?   Yes · 0   No · 0   Report

---

**Squishy2**

Portland, Oregon

Review 1
Vote 1

★☆☆☆☆ · 5 years ago

**Water leak**

Purchased one month ago. Already has a water leak that has warped my wood floor. Technician is working on solving the problem, but has not happened yet. The leak is not related to the ice maker or the water dispenser. Very disappointed.

I received a sweepstakes entry for this review.    Yes

Recommends this product  ✗ No

Helpful?   Yes · 1   No · 0   Report

---

**Rona1818**

Hallandale Florida

Review 1
Votes 3

★☆☆☆☆ · 5 years ago

**Very disappointing**

It does not work very well . Had it for 2 months and had a service call already . Still does not work well . Freezer always full of frost . Very very disappointing for a brand new fridge !

I received a sweepstakes entry for this review.    Yes

Recommends this product  ✗ No

Helpful?   Yes ·   No · 0   Report

---

**J.Pfeister**

Monongahela, PA, United States

Review 1
Votes 3

★☆☆☆☆ · 5 years ago

**Big mistake!**

Purchased this refrigerator Feb.28,2017. In June noticed water on the floor under the refrigerator called for service. Repair man came out and blew out the line from the drain said there was debris in the line clogging it. Well here it is the beginning of Nov. same problem with water on my floor! Called for service for the same issue. Repair man came out this time moved the fridge out and went through the back and found a piece of black plastic in a tube he said causing the problem. Now while in the back of fridge discovered a big block of ice that would have to be thawed out before he can see what that problem is. Also we would have to unplug the refrigerator for at least 2 days for the ice to melt and do what with the melting ice not to mention what to do with the contents of the refrigerator and freezer! This should not have happened to a new appliance we purchased in good faith.

Recommends this product  ✗ No



Complaints and Reviews left on Defendant's own Website for Defect (2)[5]:

---

[5] https://www.whirlpool.com/kitchen/refrigeration/refrigerators/french-door/p.30-inch-wide-french-door-refrigerator-20-cu.-

**Kelli**

Great Falls, MT

Review **1**
Vote **1**

★☆☆☆☆  5 days ago

🎁 Incentivized Review

### Freezes your veggies

I bought this fridge two months ago and it's really not the best. You have to make a choice between ice cubes or your veggies freezing in the crisper. I had to buy this one as it was the only one that fit the space. It's a lemon.

**I received a sweepstakes entry for this review.**  Yes

Recommends this product  ✗ No

Helpful?  [ Yes · 1 ]  [ No · 0 ]  [ Report ]

**TPH1**

Fort Myers, Florida

Review **1**
Vote **1**

★☆☆☆☆ · a month ago

### Took over 140 days to resolve cooling problems

The refrigerator and ==freezer== weren't cooling properly. I reported the issue 9-12-22 to AIG warranty. After over 140 days,2 service providers and more than 12 service visits, I hope the refrigerant issue has been resolved. However the leaking from the bottom, has rusted the frame and has damaged the adjacent cabinet, baseboard and flooring. AIG won't cover the damage and neither will the first service provider who was responsible for not fixing the problem in the first place. Frustrating and disappointing and aggravating! Especially since I am an inside pass participant.

Recommends this product  ✗ No



Helpful?  [ Yes · 1 ]  [ No · 0 ]  [ Report ]

ft.wrf560sehz.html?cmp=whp%3Awp_mda%7C01%7C00412%7Czz%7Csh%7Ct02%7Cp10%7Czz%7Cv02_whp_ppc%3Aga%3Aps%3Atxt%3Atxt%3Acpc%3Ashop_smartshop_test%3Ana%3Ana%3A12991343671%3A120661454134%3Ac&gclid=EAIaIQobChMI3rbl--ft_QIV4wKtBh0VQA_MEAQYASABEgLLPvD_BwE&gclsrc=aw.ds

11



**Karo**

San Diego

Review 1

Vote 1

★☆☆☆☆ · 4 months ago

### Lemon of a fridge!

I bought this fridge from Costco.com excited that it had all the features and was the correct size to fit my small kitchen. Purchased it 10/2021 but didn't start using it till 1/2022 after renovations. Between 1/2022 and 10/2022- I've had six repair visits for leaking water dispenser, internal leak where water gathers and pools in the water fixture dripping all over the shelves "fixed twice", and air leaking from the freezer seal. The seal is now leaking air again a month later!! The water dispenser display works maybe half the time to indicate the door is open. I can't believe a brand new fridge had to be fixed 6 times in less than a year of use. I can't trust this fridge and I'm extremely disappointed in the quality of this product.

Recommends this product   ✗ No

Helpful?   Yes · 1    No · 0    Report

### Response from Whirlpool:

**Consumer Care** · 4 months ago

Thank you for sharing your insights with us, Karo. It's hard for us to hear that you had a negative experience with your Refrigerator, as we always try to do our best to provide our customers with the best support possible. Please reach out to us directly via Facebook http://spr.ly/6429M4D3L or Twitter @WhirlpoolCare so we can look into this matter further for you. We're looking forward to hearing from you.

Michael D

---

**Marlene**

Buena Park

Review 1

Vote 1

★★☆☆☆ · 5 months ago

🎟 Incentivized Review

### Doors do not close easily

This was one of the only refrigerator that fit in my space, the fridge is actually very small. The left side door must be forcibly pushed in to close, it's already been inadvertently left ajar all night. Also the freezer door doesn't always close very well and ice forms all inside.

I received a sweepstakes entry for this review.   Yes

Recommends this product   ✗ No

Helpful?   Yes · 1    No · 1    Report

---

**Cb350cafe**

Dexter Iowa

Review 1

Votes 0

★★☆☆☆ · 5 months ago

### 5 years old and broke already

They don't make them like they used to. We've had this for five years and suddenly the fridge isn't cooling but the freezer is working. Threw out hundreds in food.

I had a 20 year old fridge that was working just fine before we remodeled and got this one.

Recommends this product   ✗ No

Helpful?   Yes · 0    No · 0    Report

---

**MJB53**

Greenfield, MA

Review 1

Votes 0

★☆☆☆☆ · 7 months ago

🎟 Incentivized Review

### So Disappointed

I've had my new fridge for just over 2 weeks and have already needed 2 service calls. The first one was due to a significant amount of water that collected at the bottom of the refrigerator. They thought the water filter unit was leaking. A week later everything in my freezer was thawing and my ice cream was like soup. Now they feel the freezer door isn't closing and sealing properly. They've ordered some parts but who knows if the problem will be remedied. I'm frustrated and so very disappointed. It's 2 weeks old and I spent a lot of money on this. I've also incurred extra expenses to restock my spoiled food. I'm not a happy Whirlpool customer.

I received a sweepstakes entry for this review.   Yes

Recommends this product   ✗ No

---

**Momma_T**

Bluff City TN

Reviews 2

Votes 0

★★☆☆☆ · 7 months ago

🎟 Incentivized Review

### Loud and doesn't keep ice-cream solid

I had to have a refrigerator because my three year old kitchenaid wasn't defrosting correctly and would be 1700 to repair got this one and it makes my ice-cream soft and is super loud with water intake. Repairman came out and said all is working correctly nothing to be done. Just how fridges are now they pull the air from freezer for fridge. My fridge only cools to 40. But without them reporting an issue they found I'm out of luck. He told me to keep the freezer packed to keep the ice cream more solid when it defrost.

I received a sweepstakes entry for this review.   Yes

Recommends this product   ✗ No

Helpful?   Yes · 0    No · 1    Report



**Michelle**
Minnesota
Review 1
Votes 0

★★☆☆☆ · 7 months ago

**Poor product quality, very poor customer service**

Bought this fridge in December 2020. Did not plug it in until we moved into our brand new house in August 2021. 1 year later my freezer is having a moisture buildup problem, everything in it is covered with frost, the bottom, top and back of the freezer have frozen moisture all over. Removed everything, defrosted it and a couple weeks later it is the same. Called whirlpool, waited on hold for 50 minutes, the rep said I am beyond my 1 year warranty and didn't purchase extended service so they cannot help me, there were no service appointments available for my area, she directed me to call a local appliance service. What a waste of time even calling Whirlpool!

Expected better quality and not to have to dealing with service 1 year later after buying brand new from a company name I thought was good.

Otherwise, I have liked the fridge, I like the space it has and the fingerprint resistant stainless steel is still beautiful as new.

Recommends this product  ✗ No

Helpful?    Yes · 0    No · 1    Report

**Pallavi**
Seattle
Review 1
Votes 3

★★☆☆☆ · 7 months ago                                           🏅 Incentivized Review

**Likes features but unit already has issues**

I love the design and the features but a few months in the unit is having issues with the freezer section - not staying cold enough and then overcooking with ice everywhere

I received a sweepstakes entry for this review.    Yes

Recommends this product  ✗ No

Helpful?    Yes · 3    No · 0    Report

**Coral**
Ohio
Reviews 3
Votes 2

★★☆☆☆ · 7 months ago                                           🏅 Incentivized Review

**Just ok**

The delivery people didn't hook up water supply. The connection is not easily accessible and would be nice if there were enough room to easily connect the supply line. Two weeks after getting it frost was accumulating in the freezer and water was dripping off the front edge and freezing up. Turns out it had a bad "damper"? The warranty will cover it, but it shouldn't happen on a brand new appliance. Also, isn't as roomy as I expected.

I received a sweepstakes entry for this review.    Yes

Recommends this product  ✗ No

Helpful?    Yes · 2    No · 0    Report

**jammamo**
Ottumwa IA
Review 1
Vote 1

★☆☆☆☆ · 8 months ago

**I might like it if the freezer works!**

I purchased this 1 1/2 years ago and my husband hates it. The freezer looks like a blizzard inside! this is no joke! I have not been able to use the freezer for only 6 months of our ownership. I took everything out of it and shut it off for 6 months to thaw it and hoped when I started using it again it would start working as it should. No such luck it's a freaking blizzard inside again! When it cycles and turns on to keep cooling it sounds like a small engine airplane flying overhead.

Recommends this product  ✗ No

Helpful?    Yes · 1    No · 1    Report

**Marcella**
Boston
Review 1
Votes 0

★★☆☆☆ · 9 months ago                                           🏅 Incentivized Review

**Freezer has issues**

Bought this less than 2 years ago and my freezer is already having issues with alignment, so air escapes and everything is frosted over, and there is a buildup of ice everywhere. I spent over $ 2k on this new refrigerator. Just to have someone come look at it would be over $200, and that doesn't include the cost of parts/labor to repair anything. This is ridiculous.

I received a sweepstakes entry for this review.    Yes

Recommends this product  ✗ No

Helpful?    Yes · 0    No · 1    Report



**vick**

san diego, ca

Review 1

Votes 0

★☆☆☆☆ · 9 months ago

🏷️ Incentivized Review

**what a problem and disappointment**

while this size fit like i needed it too, that's about the end of the good news. many issues with this fridge and the biggest is i have not been given the opportunity to get a new one. the door won't stay open, which mean we hit are arm/elbow almost every time we get something from the fridge. the back of the refrigerator is lifted so the fruit and vegetable drawers won't close correctly, which means the stay fresh filters for fridge are useless. the drawers in the freezer stick, moisture builds up all the time and when i called to have these problems fixed, the company that whirlpool sent came over and did nothing!!! they jimmied with this and that but didn't fix any of the problems. i was happy to buy american made but come on guys!!!! i feel like i got kicked in the gut by uncle sam. very very disappointed.

I received a sweepstakes entry for this review.   Yes

Recommends this product   ✗ No

Helpful?    Yes · 0    No · 3    Report

**FEDUP**

Florida

Review 1

Votes 2

★☆☆☆☆ · 10 months ago

🏷️ Incentivized Review

**Food lost !**

It's a gorgeous frig, BUT :
Began getting water dripping from the freezer air vent, then "snow" in the freezer/ had to throw out $200 plus frozen meat/ service found the freezer door out of whack, 7" space allowing air to escape. Decision to replace, water and ice covering freezer air flow.

Replacement delivered on 5/20/2022, right side refrigerator door won't close or seal. I've had to toss out dairy products, etc
Was supposed to get frig #3, a few days late, delivery cancelled/ told it would be "2 weeks or so…" to get refrigerator #3 !
I had planned to buy the matching microwave, dishwasher, and stove, but obviously that's on hold !

I received a sweepstakes entry for this review.   Yes

Recommends this product   ✗ No

Helpful?    Yes · 2    No · 0    Report

**LARRY**

stockton,ill.

Review 1

Votes 0

★☆☆☆☆ · 11 months ago

🏷️ Incentivized Review

**poor quality**

keep getting ice build up on floor of freezer,can't find anyone to fix it.

I received a sweepstakes entry for this review.   Yes

Recommends this product   ✗ No

Helpful?    Yes · 0    No · 1    Report

**none**

Review 1

Vote 1

★☆☆☆☆ · a year ago

🏷️ Incentivized Review

**Worst appliance I ever bought.**

Had this delivered to my second home in Duck,NC and had nothing but problems with the freezer icing up. The repair man you use was at my house three times and couldn't fix it. I had to come home to NJ, and I hope this refrigerator is working. Obviously,you don't care because every time I call the phone number I get a different person from somewhere on this earth. I will be going to Duck in April, so I will let you know how it is working

I received a sweepstakes entry for this review.   Yes

Recommends this product   ✗ No

Helpful?    Yes · 1    No · 2    Report

**alireza**

montreal

Review 1

Vote 1

★☆☆☆☆ · a year ago

**terrible product**

I bought it on may and delivered on October and it worked only two month. fridge and freezer stopped working and everything in the freezer melted. I called costumer service for repair because it still have warranty. They put me on schedule on December 9. they don't care about your problem just selling products and make money

Recommends this product   ✗ No

Helpful?    Yes · 1    No · 1    Report

Greg

Casa Grande Az

Review 1

Votes 2

★☆☆☆☆ · a year ago

🔒 Incentivized Review

**Has not worked properly since I got it**

Bought from Best Buy and the delivery was a nightmare plus it was damaged. They took it back and the second one went in. The water doesn't work and the ice makes about 10 cubes every other day. The refrigerator part kept freezing all my produce and liquids and the freezer area could not properly freeze. Tech came out and has to order parts but no idea when they will come in.

**I received a sweepstakes entry for this review.**  Yes

Recommends this product  X No

Helpful?  [Yes · 2]  [No · 0]  [Report]

Sherry

Review 1

Votes 2

★☆☆☆☆ · a year ago

🔒 Incentivized Review

**DOES NOT COOL PROPERLY**

Refrigerator was delivered October 8, 2021 and after 24 hours freezer temperature was at -7° and refrigerator temperature was at 46° plus, on 3 snowflakes, manufacturer's recommended setting for both freezer and refrigerator. Whirlpool sent service man out he said to wait a week and let him know if temperature changes. We did and temperature did not change and food was spoiling. Called him but he did not return call. Called whirlpool another service appointment was set up, this time technician no showed. And he has not returned call. Our refrigerator is less than one month old and we should not be throwing food away due to spoilage. I emailed Whirlpool Corporation Benton Harbor, MI and State Representative Steve Carra was Cc on that email as well. All we want is a refrigerator that works, after all that is what we paid for or at this point and time our money back plus reimbursed for the food we threw away.

**I received a sweepstakes entry for this review.**  Yes

Recommends this product  X No



Helpful?  [Yes · 2]  [No · 0]  [Report]

joe 75

Review 1

Vote 1

★☆☆☆☆ · a year ago

🔒 Incentivized Review

**freezer problem**

I bought this a month ago the freezer is icing up service was out three times problem not resulved

**I received a sweepstakes entry for this review.**  Yes

Recommends this product  X No

Helpful?  [Yes · 1]  [No · 0]  [Report]

15



**WhirlpoolSucks**

Review 1

Votes 0

☆☆☆☆☆ · a year ago

🏷 Incentivized Review

### Complete Garbage!

I bought this fridge on 8/14/2021. I have owned it for 5 weeks and it is completely useless. I came home after work to find a huge puddle and all my food in the freezer completely thawed out because the freezer compartment failed. I had to go out and buy a stand-alone freezer and throw all the food out and replace it. The next day I came home from work to find my refrigerator compartment up top had also failed. I also had to throw all this food away and go and purchase another temporary fridge. Both the fridge and freezer compartment are at what feels to be 70°. It is extremely warm and the refrigerator is constantly making a clicking noise as if it is trying to work but clearly doesn't. I have the original 1 year warranty plus the 5 year extended warranty. You would expect from a company as big as Whirlpool that they would do whatever it takes to satisfy their customer and remedy the situation. They have not. I've received nothing but TERRIBLE customer service and it feels as if everyone is giving me the middle finger and doesn't care about my nearly $3,000 paperweight that is useless. I have been waiting 4 weeks now for a service technician to come and take a look at what's wrong as Whirlpool warranty is only attempting to fix it and then they will decide if they may or may not replace it or fix it. This is a HUGE inconvenience as I'm out $3,000 for the original fridge and warranty, out another $1,000 on stand-alone freezer and temporary fridge and probably another $500-$1,000 worth of food. For the amount of money I've wasted thus far, not including my time nor replacing all of my food, I could have bought a MUCH nicer unit from a different company. They attempted to send me a service technician 2 weeks ago. I was told I would get a courtesy call 30 min prior to arrival. Never did I receive any type of call and found the guy at my door. I asked him to wait a few minutes as I was down the street and he just turned around and left. They couldn't wait a few minutes yet I'm waiting weeks as a client. WHAT A JOKE! I am extremely disappointed in Whirlpool and how they handle things. I do not want this fridge. It is a piece of junk. It is a waste of money. I offered Whirlpool the option to simply buyback the fridge and all this would be resolved but they refused to so I'm leaving a review for everyone to read.

DO NOT BUY THIS PRODUCT OR ANYTHING ELSE FROM WHIRLPOOL FOR THAT MATTER. I HAVE 6 YEARS OF WARRANTY AND THEY ARE TERRIBLE AT HELPING THE CUSTOMER AFTER 5 WEEKS. I CANNOT IMAGINE THE HASSLE I WOULD GET IF SOMETHING HAPPENED YEARS DOWN THE LINE WITHIN MY 6 YEAR WARRANTY

**I received a sweepstakes entry for this review.**    Yes

Recommends this product    ✗ No

Helpful?    Yes · 0    No · 0    Report

**Jim A 5836**

Fitchburg, WI

Review 1

Votes 0

★★☆☆☆ · a year ago

🏷 Incentivized Review

### Ice Maker Makes a Big Mess

From Day 1, the Ice Maker didn't work. The delivery installer didn't check for proper operation. The entire back of the freezer box has thick ice formed on it. It then melts and drops water all over our new wood floor. WHAT A PAIN.

**I received a sweepstakes entry for this review.**    Yes

Recommends this product    ✗ No

Helpful?    Yes · 0    No · 0    Report

**Nny58**

New york

Review 1

Votes 0

★☆☆☆☆ · a year ago

### Lemon refrigerator

After finally getting this whirlpool refrigerator the freezer began to shut down after 8 months. Pc Richards was called in 4 times to service . Each tech diagnosed a different problem. I lost 3 freezers of food.Still not fixed.

Recommends this product    ✗ No

Helpful?    Yes · 0    No · 0    Report

**Plane**

Hardinsburg

Review 1

Votes 0

★★☆☆☆ · 2 years ago

🏷 Incentivized Review

### Uninstalled parts

We bought our whirlpool fridge from Menards store in Owensboro Kentucky upon delivery and set up discovered parts missing causing the fridge being out of balance the ice maker was not installed correctly making it leak and water freezing in the back of freezer. Also a washer that keeps the door closing automatically was not on the door had to order part.

**I received a sweepstakes entry for this review.**    Yes

Recommends this product    ✗ No

Helpful?    Yes · 0    No · 0    Report

**Ry 2021**

Stigler,OK

Review 1

Votes 0

★☆☆☆☆ · 2 years ago

🏷 Incentivized Review

### Stopped working within 2 weeks

We bought this refrigerator and with in the first two weeks the freezer thawed out. We threw out everything from the freezer but the refrigerator stayed cold. A couple of days later the freezer was working and the refrigerator stopped being cold. Had to throw away everything in there.

**I received a sweepstakes entry for this review.**    Yes

Recommends this product    ✗ No

Helpful?    Yes · 0    No · 0    Report

**Mgbill**

An dover massachusett

Review 1

Votes 0

⭐☆☆☆☆ · 2 years ago

🟨 Incentivized Review

### Like the bottom freezer when it worked

I bought unit month ago freezer temp does not work. Now the refrigerator part is not working. Have call into store where I bought it

I received a sweepstakes entry for this review.  Yes

Recommends this product  X No

Helpful?  [ Yes · 0 ]  [ No · 0 ]  [ Report ]

---

**sheila**

michigan

Review 1

Votes 0

⭐☆☆☆☆ · 2 years ago

### whirlpol 30" wide wrf560seywoo freezer drawer

I got this for Christmas in 2014. in a year it started leaking all over the floor. I called and had them come out (under warranty) the guy said he would fix it. he "temperarily fixed" it.... said he would be back to install a heating element in the freezer so it would drain properly. he also the machine was dropped in the factory and damaged, that he could tell. He never came back, the machine continued to leak, ruined my floor. Since then, the freezer doors stopped opening and closing, then the right refrigerator door, it continued to leak... I called, they lost info, I miss-placed the receipt from the refrigerator repair guy. they came back in january of 2021, said they would fix it again by replacing all doors, installing a heat element. 2 months later (my floor is ruined by the way) I call again, they have no record of previous visit, but they do see all these parts have been ordered and will some day be shipped to my house. unit continues to leak. the guy that came in January said that there is no way he wants to repair this refrigerator, the doors are damaged under the laminate on top, it clearly has factory damages that someone was hiding. this machine ruined my floor. I called again, they told me they will not come out to fix because it is no longer in warranty. terrible experience. the unit leaked thru my wood floor, into the cold air return for years. it has destroyed my wood floor. Customer service has blown me off for 4 months. DO NOT RECOMEND WHIRLPOOL EVER!

Recommends this product  X No



Helpful?  [ Yes · 0 ]  [ No · 1 ]  [ Report ]

---

**Blynn2026**

Seneca, IL

Review 1

Votes 0

⭐⭐☆☆☆ · 2 years ago

🟨 Incentivized Review

### Good features

I bought this fridge about a month ago. After 4 days we had to call a repair man because the water and ice weren't working. The reservoir in the back was frozen solid. Repair man put in a new reservoir and sealed something. Haven't had any issues since then.

I received a sweepstakes entry for this review.  Yes

Recommends this product  ✓ Yes

Helpful?  [ Yes · 0 ]  [ No · 0 ]  [ Report ]

---

**Buffy615**

San Diego CA

Review 1

Votes 0

⭐☆☆☆☆ · 2 years ago

🟨 Incentivized Review

### third call for repair

I bought this last month and this will be the third repair visit. A week after purchase, I opened the freezer and found the inside covered in thick frost and ice and my items were thawing. That was fixed, but then I noticed water dripping down the front of the left door. It was a slow drip coming from the water dispenser. The drip tray would fill, the water would drip down the front of the unit, onto the seal around the freezer below, down the side of the seal and onto the floor. I see that others have had similar problems and I don't want to spend the next 15 years calling the repairman. Apparently I am able to replace the unit, but do I want to do that? I've lost confidence in the company and the product.

I received a sweepstakes entry for this review.  Yes

Recommends this product  X No

Helpful?  [ Yes · 0 ]  [ No · 0 ]  [ Report ]



Complaints and Reviews left on Partnered Retailer Lowes' Website[6]:

**No Quality Control**

⭐☆☆☆☆   ✕ Would Not Recommend

[This review was collected as part of a promotion.] Within a few days of purchase, something was wrong with the temperature. New parts needed are the main control, mullion, and gaskets on the freezer door. Laws should allow for the return of defective merchandise rather than a service warranty.

**walking the beach**
November 16, 2022

From whirlpool.com

**So Disappointed**

⭐☆☆☆☆   ✕ Would Not Recommend

I purchased this refrigerator about 4 years ago. It suddenly stopped cooling. I have had three repairmen come to look at it and it is still not cooling. Sorry to say I'll have to look for something else, definitely another brand.

**Chele**
November 28, 2022

From whirlpool.com

**French Door Refrigerator.**

⭐☆☆☆☆   ✕ Would Not Recommend

[This review was collected as part of a promotion.] I have had this for 10 months. And wish I had never bought it. It is very noisy. And has the slowest ice machine I have ever seen. It is very hard to regulate the temp in the freezer and the fridge part. It will either freeze every thing or make it spoil. Then the ball bearing fell out of the rollers of the freezer part. And it will not close. I have to duct tape it so I do not lose all of the cool air. It has taken the repair team two and a half weeks to come take a look at it. Even tho I told them exactly what was wrong. But they would not believe me and so now after their repair guy comes out they have to order the parts. You would think something like this, they would have spare parts. I would never recommend this one to any one. I wish I had not bought it. And no ice it Texas in the summer.

**Scooter**
July 24, 2021

From whirlpool.com

## Stopped working within 2 weeks

★☆☆☆☆    ✕ Would Not Recommend

[This review was collected as part of a promotion.] We bought this refrigerator and with in the first two weeks the freezer thawed out. We threw out everything from the freezer but the refrigerator stayed cold. A couple of days later the freezer was working and the refrigerator stopped being cold. Had to throw away everything in there.

**Ry 2021**
July 10, 2021

From whirlpool.com

## Do not buy under any circumstances

★☆☆☆☆    ✕ Would Not Recommend

After waiting three months for it to arrive, this fridge has been a major disappointment. Why? 1) The water dispenser has never worked ("clearing the line" did nothing), 2) the ice maker worked for 2 days, then stopped, 3) the "recommended" temp setting froze everything in the fridge solid (so we lost much of what was in the fridge), 4) after 10 days, it started making a terrible noise, and then the fridge stopped cooling - it's currently 65 degrees in there, despite being on the coldest setting (meaning we lost everything that we replaced after it all froze). Any one of these would be bad enough, but all of them together is just ridiculous. Whirlpool is supposed to be sending someone to "look" at it, but at this point there is no way we're keeping it. This lemon is going back to Lowe's an we'll never buy another Whirlpool appliance.

**AnnoyedinGA**
June 29, 2021

## A Lemon

★☆☆☆☆    ✕ Would Not Recommend

I have had this fridge for approx 2 months now and have had it serviced twice already.Nothing was resolved despite these service calls. The water dispenser does not chill the water anywhere close to temperatures indicated in the manual. There is continual moisture build up on the doors and now the fridge itself isn't cooling properly. Extremely frustrated and extraordinarily disappointed in this Whirlpool appliance.

**Discerning professional**
September 22, 2020

From whirlpool.com

## Not good

jlllpa
August 23, 2020

★☆☆☆☆    ✕ Would Not Recommend

On the 30th day of use refrigerator started making a louder noise off and on. Was away on 31st day till evening and refrigerator was not cooling and making loud noise running all the time so unplugged and called Lowes next day which was Sat. only to be told it's 32 days old you have to go through Whirlpool for service. They're closed Sat. Sun. could not get appt. online till following Fri. Tech came plugged in refrigerator and refrigerator started working normal tech left by Fri night it started making same noise and not cooling called tech company 4:30 pm and could not get appt. again till the following Fri. Tech came and now compressor is bad. Now 2 weeks without frig tech comes following Tues afternoon about 4:00pm installs compressor leaves with frig running. Following day Weds. frig quits running and will not even start. Call tech company only to find out need to start all over with service call through Whirlpool. We now passed Thurs. of 3 weeks without brand new refrigerator working. Waiting for appointment on Mon. for service tech if running then this process will be 3 and 1/2 weeks without refrigerator and will it stay running ???? Terrible purchase of junk for 1800.00 and tried calling Whirlpool only to be told 65 min wait (WHAT) I'm contacting BBB now this is a terrible product or parts.

## DO NOT BUY - See below

MD_WI
May 1, 2020

From whirlpool.com

★☆☆☆☆    ✕ Would Not Recommend

Fridge lasted 48 hours. Cold settings at default (3 snowflakes) had a top temp of 58 degrees at the top, and 41 at the bottom. Temp setting maxed out it's 42 at the top and 32 at the bottom. Different parts of the fridge items will either freeze or spoil. Bottom shelf (just above the drawers) in the back gets coldest, froze a beer. I have service coming in a few days and will update based on their findings. But given these findings I can't imagine what they can fix that would take care of a 14 degree variance.

## Unhappy & totally disgusted

Kellimbra9
December 30, 2019

From whirlpool.com

★☆☆☆☆    ✕ Would Not Recommend

We bought this Refrigerator after looking at several for our kitchen. This is was one that seemed the best for our needs. We have had the Whirlpool repairman out - it will be five times now since the purchase in July of 2019. First time was for the freezer - freezing up, next time was for the refrigerator not working, next time was for the freezer drawer out of alignment and then again for the same. Again the freezer drawer is out of alignment. I have never had this problem before with any refrigerator/freezer. So unhappy.

## BUYER BEWARE ZERO STARS

Disappointed
October 5, 2019

From 19.6-cu ft French Door
Refrigerator with Ice Maker (Black)

★☆☆☆☆    ✕ Would Not Recommend

On the coldest setting fridge would not get below 42 degrees. Lost all my food. My hubby did alot of work getting this in and out of our home and loaded into our truck. Kudos to Lowe's for taking it back (well within 30 day window).

**Looks great does not work so great**

⭐☆☆☆☆    ✕ Would Not Recommend

[This review was collected as part of a promotion.] We bought this fridge on Labor Day replacing an 11 year old perfectly working whirlpool fridge. Brought it home read the manual hooked it up and set it according to the manual . My wife had to work Tuesday and cleaned it out and transferred the food to the new one on Wednesday . Freezer worked fine but the fridge will not go below 42 Deg. Service has been out once and as of this review because it keeps emailing me for it they are due back this morning. It may look great but does not work great. Hope they can get this sorted out soon paid a lot of money and time. Very disappointed

**Rayfishken**
September 18, 2019

From whirlpool.com

**Freezer constantly freezing up**

⭐☆☆☆☆    ✕ Would Not Recommend

Run as fast as you can away from this refrigerator! We've had it about 2 1/2 years and the freezer constantly freezes up, makes a horrible noise and then quits cooling properly. We unplug it, allow it to dethaw, and it does it again a few weeks later. Definitely not worth the money or the headache. We loved whirlpool but are quickly changing our minds. I'm sure others have already notified whirlpool. Do something about it, whirlpool! You're better than this! This product SUCKS!!!

**Kelly**
March 16, 2018

From 19.7-cu ft French Door Refrigerator with Ice Maker (White)

**Very Disappointed and Disgusted**

⭐☆☆☆☆    ✕ Would Not Recommend

We purchased this refrigerator a couple years ago and it began making a very loud, irritating noise but also produced a build up of ice in the back of the freezer. This not only prevents frozen foods from staying frozen, it stops the refrigerator from keeping food cold in that area. The first time this happened, we lost all our food. Lowe's sent a repairman out but he said there was no fix to the problem because of the design of the product. He disconnected the refrigerator and spent hours defrosting it with a hair dryer. Since then, it has happened again but we were able to rescue our food. The same repairman came and had to do the very same thing. Now I am going through the very same thing and (once again) have lost all food because it is not cooling or freezing. I will now have to wait until after the holiday before I can even get someone to come out to repeat this stupid repair process. Between Lowe's and Whirlpool, something should be done. I definitely will not buy another Whirlpool. This experience has been awful.

**Syl**
January 13, 2018

From 19.7-cu ft French Door Refrigerator with Ice Maker (White)

## FED UP; BUYER BEWARE!

⭐☆☆☆☆

I would never buy another Samsung refrigerator. Bought a Samsung 19.7 cu ft. French Door refrigerator 6 years ago and have had to repair it four times. It just stopped cooling again; it's a faulty design and the company is doing nothing to help compensate me for all the repairs or lost vacation rental rent. The freezer keeps working, but the refrigerator stops cooling . Besides the temp going up, water leaks into the produce drawers. The ventilation system is not designed properly and there was never a recall to properly fix it. Had there be a recall to "fix" the problem, I would consider Samsung a fabulous company, but after my call to them, they obviously don't care about their customers. I have had to refund money to paying guests and have now spent more than the cost of the refrigerator on repairs and refundsI am buying a different brand to replace it today. On a positive note, my Samsung washing machine and dryer are wonderful.

**Betty**
August 18, 2017

From 19.7-cu ft French Door Refrigerator with Ice Maker (White)

## Bad Product, Worse Customer Service

⭐☆☆☆☆   ✕ Would Not Recommend

The freezer doesn't defrost properly causing it to freeze over and the cooling system stops. I've had it for two years and have had six repair services scheduled. They keep taking out the hair dryer to defrost the freezer to enable to cooling system to work again, and they even replaced "the board" twice but it still doesn't work. I've been begging for a replacement since I got it but Whirlpool refuses to budge even though it's still under contract #they extended my contract to two years because of all the problems in year 1.# My wife just hosted a baby shower and all the food she had prepared was ruined. we figured it wouldn't be an issue since the service man came on Tuesday and said it was fixed.

**OriginalPoster**
July 20, 2015

From 19.7-cu ft French Door Refrigerator with Ice Maker (White)

## Doesn't Cool Well and Poor Interior Design

⭐☆☆☆☆   ✕ Would Not Recommend

I just purchased this refrigerator to replace an older Whirlpool model that died. I see that others have rated it highly so it might be that I just got a lemon. At any rate, it doesn't cool well in the refrigerator section. I have to have the cooling turned to the highest setting to get an air temp of 40 degrees in the front half and in the door shelves. Anything that is highly perishable (think milk, seafood, etc), I have to place at the rear and near the cooling vents (without blocking them). Mostly, I put highly perishable things in a second fridge I have in the basement. The larger vegetable bin often falls off the track when opened. While there are two adjustable shelves, basically I can only use one. Otherwise, I can't put a half gallon container in the fridge and the cooling is inadequate for putting milk in door. When the repair person contacted Whirlpool because the air temp in the front was 8 degrees warmer than the air temp in the back. Whirlpool said nothing wrong with the fridge and just keep all perishable things at the rear. Not a practical solution in my opinion.

**unhappyinVA**
May 4, 2015

From 19.7-cu ft French Door Refrigerator with Ice Maker (White)

Complaints and Reviews left on Partnered Retailer Best Buy's Website[7]:



---
[7] https://www.bestbuy.com/site/reviews/whirlpool-19-6-cu-ft-french-door-refrigerator-with-thru-the-door-water-monochromatic-stainless-steel/4820164?page=15



⭐☆☆☆☆ **New fridge**

✓ **Verified Purchase** | Posted 4 years ago.

Good service guy. My fridge was delivered yesterday and it never got cold being plugged up all night. Has a cool down light on all night and never got cold at all. I spent my last $30 eating out cuz my other fridge broke and I've been using my ice chest for the past week so I was banking on this new fridge and all the food I bought went bad in my warm new fridge.

✕  No, I would not recommend this to a friend

Helpful (0)    Unhelpful (0)    Report

⭐☆☆☆☆ **Cooling in refrigerator already died**

✓ **Verified Purchase** | Posted 5 years ago.

Cooling in refrigerator died after one month purchase. Took Whirlpool one week to come out, had to order parts, and won't be back for another six days.

✕  No, I would not recommend this to a friend

Helpful (0)    Unhelpful (0)    Report

⭐☆☆☆☆ **Defected**

✓ **Verified Purchase** | Posted 3 years ago. Owned for 3 weeks when reviewed.

Item had to be returned defrost issues. Replaced with a Samsung

✕  No, I would not recommend this to a friend

Helpful (0)    Unhelpful (0)    Report    Comment

⭐☆☆☆☆ **Total Waste of Money**

Posted 7 years ago.

A truly awful purchase. If you are considering purchasing this refrigerator, odds are that you are doing so because of space limitations (at least that was why we ended up buying it). There simply HAVE to be better alternatives out there. The first issue that we encountered was that the ice maker wouldn't keep working, because the sensor arm would not drop down after you closed the freezer. Whirlpool did send me a replacement arm, but by that time I had implemented a work-around of placing a piece of plastic tubing around the existing arm to weigh it down. The more disturbing issue is that the refrigeration area has VERY inconsistent temperatures, freezing on some shelves, warm enough to spoil food on others. After reading many reviews with similar issues/complaints, I contacted Whirlpool (this was shortly after the one-year warranty was up, of course), and their answer was to contact a repairman. I had already read of countless people having similar issues, which were not remedied by replacing various parts during expensive service calls, so I decided to try to make things better on my own. I was able to do this by placing tape over half of the bottom two air vents in the refrigerator compartment. This seemed to divert more of the cool air from the bottom shelf (where things had been freezing) to the top shelf (where things had been spoiling). This has been working for over a week now. So, in summary, this major appliance is only running reasonably because of fixes I did myself with plastic tubing and packaging tape. So much buyer's remorse. Please don't buy this product.

✕  No, I would not recommend this to a friend

Helpful (29)    Unhelpful (3)    Report    Comment

Complaints and Reviews left on Partnered Retailer Costco's Website[8]:

---

[8] https://www.costco.com/whirlpool-20-cu.-ft.-french-door-refrigerator-with-freshflow.product.100457663.html
https://www.costco.com/whirlpool-20-cu.-ft.-french-door-refrigerator-with-freshflow.product.100457663.html
https://www.costco.com/whirlpool-25-cu.-ft.-large-side-by-side-refrigerator-with-deli-drawer.product.100382852.html

★☆☆☆☆  JoSchmo · 2 years ago                                                                ◉ Verified Purchaser

Do Not Buy, Costco has been awful

I bought this refrigerator along with a couple other appliances. The ice maker freezes up and stops working. I researched this online and apparently this is a common issue and Whirlpool refuses to fix the problem. I thought no problem, I bought the extended warranty through Costco. I have spent about 6 hours on the phone (no exaggeration) and was promised I would be called back. I never have. The product has hardly been used as it is in a vacation home. Because of the lack of support I will never buy an appliance through Costco ever again.

Recommends this product  ✗ No

★★☆☆☆  Blitz · 10 months ago

**The jury is out…**

(This review was collected as part of a promotion.) The seal on the freezer drawer is rather thin, and left a space between the drawer and the body of the fridge, causing frost to build up in the freezer section. The technician fixed it.

The crisper drawers seem very flimsy, and both doors need to be open to access the one on the left. Poor design I think. Glad I purchased the extended warranty.

Recommends this product  ✗ No

Helpful?  [ Yes · 27 ]  [ No · 2 ]  [ Report ]



★☆☆☆☆  blue11 · 3 years ago                                                                ★ Top 1000 Contributor

Worked great for FIVE DAYS, then problems

This fridge looks great, at a good price, decent features, fit into our available space. That's the good news.

It worked properly for a total of five days. FIVE DAYS. On the sixth day, it stopped dispensing water or making ice. I checked the water feed, and it's fine. Something inside broke. Not an enormous deal, just inconvenient. However…

On the seventh day, we woke up to a refrigerator at 26 degrees, and all our vegetables and several other items frozen and thus destroyed. That is not an inconvenience, that is a SERIOUS PROBLEM.

Two things break in the first week of use.

I've contacted Costco Concierge Services, and is it's Sunday, they can't call Whirlpool until tomorrow. We'll see how that goes.

Very, very disappointed. This replaced a fridge that worked well for 21 years, and that one replaced a fridge that worked well for 19 years. Now it seems stuff breaks much more quickly. It's a gigantic hassle, but I'm seriously tempted to return this thing.

Recommends this product  ✗ No

Helpful?  [ Yes · 140 ]  [ No · 10 ]  [ Report ]

★☆☆☆☆  Defrosted in NewEngland · 2 years ago                                                ◉ Verified Purchaser

2 month lifespan

I got this fridge delivered 2 months ago and everything in freezer defrosting. Refrigerator warming up to. Loud noise coming from the bottom. Calling service, wish me luck.

Recommends this product  ✗ No

Helpful?  [ Yes · 2 ]  [ No · 0 ]  [ Report ]

★☆☆☆☆  Freeman · 10 months ago                                                             ◉ Verified Purchaser

Terrible Choice!!!

Upon delivery of our new side by side, the freezer door was slightly warped and making a loud humming noise. Service came out and determined that a new freezer door was needed. We waited weeks for it and it was installed a few days ago. The situation is worse as the replacement door is warped as well. The freezer section has a huge amount of ice building up throughout the freezer section all over the ice maker and interior walls.
We have contacted Whirlpool Service a 2nd time and will have to wait another week for a tech to come out. There's an obvious manufacturing defect with this model. DO NOT PURCHASE THIS MODEL!!!

Recommends this product  ✗ No

29.     Moreover, Defendant actively monitors, collects data, and analyzes maintenance and repairs of the Refrigerators by authorized servicers, from which it discovered or should have discovered the Defects.

30.     Defendant knew of the Defect shortly after the Refrigerators entered the market due to consumers experiencing the Defects after purchasing the Refrigerators and reporting it to Defendant, authorized servicers, or online forums.

31.     Further, Defendant's knowledge of the Defect (1) is confirmed via a Technical Service Pointer distributed by the Defendant to technicians in September of 2016, nearly two years before Plaintiff purchased her Refrigerator. *See* Technical Service Pointer, Ex. A. This document warns technicians of the Defect and confirms that the defect is the cause of the Refrigerators not cooling.

32.     Defendant was in a unique position to discover the Defects before the Refrigerators were sold and in fact know of the Defendant before it sold the Refrigerator to Plaintiff and Class Members.

33.     Defendant had exclusive knowledge about the Defects before selling the Refrigerators.

34.     Despite Defendant's knowledge of the Defects, Defendant continued its unfair and deceptive trade practices by denying and misrepresenting the Defects and continuing to offer the Refrigerators for sale without disclosing the Defects.

35.     Defendant actively concealed the existence of the Defects after they became known to Defendant.

36.    Defendant had a duty to disclose the existence of the Defects after they became known to Defendant but purposefully omitted its knowledge of the Defects when offering for sale and selling the Refrigerators.

37.    Defendant misrepresented to purchasers that the Refrigerators were designed and manufactured properly and performed properly after the Defects became known to Defendant.

38.    Defendant did not warn purchasers about the Defects either before or after purchasing the Refrigerators.

39.    Plaintiff and Class members did not know and could not have discovered through reasonable investigation that the Defects existed or that Defendant's representations about the Refrigerators were false, deceptive, or misleading.

40.    Plaintiff and Class members reasonably relied on Defendant's misrepresentations when choosing to purchase the Refrigerators because Defendant was in the unique position of having designed and manufactured the Refrigerators to inform Plaintiff and Class members about the Refrigerators and whether any defects exist.

41.    The Defects are material because reasonable consumers would consider them when determining whether to purchase the Refrigerators because, ultimately, Plaintiff and Class members purchased the Refrigerators to cool their food, which the appliances failed to do.

42.    Defendant engaged in deceptive and unfair acts and practices by concealing and misrepresenting the Defects when offering for sale and selling the Refrigerators, and Plaintiff and Class members were injured as a result.

43.    On April 3, 2023, Plaintiff sent Defendant a notice letter, informing it of her intent to bring claims unless Defendant remedied its misconduct.

## **CLASS ALLEGATIONS**

44.    Plaintiff, individually and on behalf of all others similarly situated, brings this class action pursuant to Fed. R. Civ. P. 23.

45.    The proposed Class is defined as follows:

> **Nationwide Class:** All persons in the United States who purchased the Refrigerators.
>
> **New Jersey Subclass:** All persons in New Jersey who purchased the Refrigerators.

46.    The proposed Class excludes the following: Defendant, its affiliates, and its current and former employees, officers and directors, and the Judge assigned to this case.

47.    Plaintiff reserves the right to modify, change, or expand the definition of the proposed Class based upon discovery and further investigation.

48.    *Numerosity*: The proposed Class is so numerous that joinder of all members is impracticable. The proposed Class is ascertainable by records in Defendant's possession.

49.    *Commonality*: Questions of law or fact common to the proposed Class include, without limitation:

      a.    Whether the Refrigerators are defective;

      b.    Whether a reasonable consumer would consider the Defects to be material;

      c.    Whether Defendant knew or should have known of the Defects;

      d.    Whether Defendant failed to disclose the Defects;

      e.    Whether Defendant concealed the Defects;

      f.    Whether Defendant engaged in unfair or deceptive trade practices;

      g.    Whether Defendant breached an express warranty;

      h.    Whether Defendant breached an implied warranty;

      i.    Whether Defendant engaged in fraud; and

j.    Whether Defendant was unjustly enriched.

50.    *Typicality*: Plaintiff's claims are typical of the claims of proposed Class members. Plaintiff and proposed Class members were injured and suffered damages in substantially the same manner, have the same claims against Defendant relating to the same course of conduct, and are entitled to relief under the same legal theories.

51.    *Adequacy*: Plaintiff will fairly and adequately protect the interests of the proposed Class and has no interests antagonistic to those of the proposed Class. Plaintiff has retained counsel experienced in the prosecution of complex class actions, including actions with issues, claims, and defenses similar to the present case.

52.    *Predominance and superiority*: Questions of law or fact common to proposed Class members predominate over any questions affecting individual members. A class action is superior to other available methods for the fair and efficient adjudication of this case because individual joinder of all members of the proposed Class is impracticable and the amount at issue for each proposed Class member would not justify the cost of litigating individual claims. Should individual proposed Class members be required to bring separate actions, this Court would be confronted with a multiplicity of lawsuits burdening the court system while also creating the risk of inconsistent rulings and contradictory judgments. In contrast to proceeding on a case-by-case basis, in which inconsistent results will magnify the delay and expense to all parties and the court system, this class action presents far fewer management difficulties while providing unitary adjudication, economies of scale and comprehensive supervision by a single court. Plaintiff is unaware of any difficulties that are likely to be encountered in the management of this action that would preclude its maintenance as a class action.

53.     Accordingly, this class action may be maintained pursuant to Fed. R. Civ. P. 23(b)(3).

54.     Defendant has acted, and refused to act, on grounds generally applicable to the proposed Class, thereby making appropriate final equitable relief with respect to the proposed Class as a whole.

55.     Accordingly, this class action may be maintained pursuant to Fed. R. Civ. P. 23(b)(2).

## CAUSES OF ACTION

### COUNT I
### BREACH OF EXPRESS WARRANTY
**(on behalf of the Class and alternatively on behalf of the Subclass)**

56.     Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

57.     Plaintiff asserts this claim on behalf of herself and the Class or, in the alternative, on behalf of the Subclass, against Defendant.

58.     Defendant's representations and written warranty are an express warranty within the meaning of U.C.C. § 2-313.

59.     The Defect caused the Refrigerators to fail to conform to Defendant's representations that formed part of the basis of the bargain.

60.     The warranty covers the Defects and any damage proximately caused by the Defects.

61.     Defendant breached the warranty because Defendant is unwilling or unable to remedy the Defects within a reasonable time, and any attempt to remedy the Defects by Defendant has been ineffective.

62.    Defendant's breach deprived Plaintiff and Class members of the benefit of the bargain.

63.    Defendant's attempt to disclaim or limit the warranty is unconscionable and unenforceable under the circumstances here because Defendant knowingly sold a defective product without informing consumers about the Defects.

64.    The time limits contained in Defendant's warranty period are unconscionable and inadequate to protect Plaintiff and members of the Class.

65.    Plaintiff and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favor Defendant.

66.    A gross disparity in bargaining power existed between Defendant and purchasers of the Refrigerators.

67.    Defendant's attempt to disclaim or limit the warranty is unconscionable and unenforceable under the circumstances here because Defendant knowingly sold a defective product without informing consumers about the Defects.

68.    The time limits contained in Defendant's warranty period are unconscionable and inadequate to protect Plaintiff and Class members.

69.    Plaintiff and Class members had no meaningful choice in setting these limitations, the terms of which unreasonably favor Defendant.

70.    The essential purpose of the warranty failed because Plaintiff and Class members are unable to reasonably obtain a workable remedy pursuant to the terms of the warranty, so Plaintiff and Class members are entitled to a remedy that is not limited by the terms of the warranty. U.C.C. § 2-719(2).

71.    Plaintiff and Class members have complied with all obligations under the warranty or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein.

72.    As a direct and proximate result of Defendant's conduct, Plaintiff and Class members have been injured and sustained damages.

**COUNT II**
**BREACH OF IMPLIED WARRANTY**
**(on behalf of the Class and alternatively on behalf of the Subclass)**

73.    Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

74.    Plaintiff asserts this claim on behalf of herself and the Class or, in the alternative, on behalf of the Subclass, against Defendant.

75.    The sale of the Refrigerators created an implied warranty of merchantability pursuant to U.C.C. § 2-314.

76.    The Defects caused the Refrigerators to be unmerchantable because the Refrigerators cannot reliably perform their essential functions according to what the average purchaser would reasonably expect.

77.    The warranty covers the Defects and any damage proximately caused by the Defects.

78.    Defendant breached the warranty because Defendant is unwilling or unable to remedy the Defects within a reasonable time, and any attempt to remedy the Defects by Defendant has been ineffective.

79.    Defendant's breach deprived Plaintiff and Class members of the benefit of the bargain.

80.     Defendant's attempt to disclaim or limit the warranty is unconscionable and unenforceable under the circumstances here because Defendant knowingly sold a defective product without informing consumers about the Defects.

81.     The time limits contained in Defendant's warranty period are unconscionable and inadequate to protect Plaintiff and members of the Class.

82.     Plaintiff and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favor Defendant.

83.     A gross disparity in bargaining power existed between Defendant and purchasers of the Refrigerators.

84.     Defendant's attempt to disclaim or limit the warranty is unconscionable and unenforceable under the circumstances here because Defendant knowingly sold a defective product without informing consumers about the Defects.

85.     The time limits contained in Defendant's warranty period are unconscionable and inadequate to protect Plaintiff and Class members.

86.     Plaintiff and Class members had no meaningful choice in setting these limitations, the terms of which unreasonably favor Defendant.

87.     The essential purpose of the warranty failed because Plaintiff and Class members are unable to reasonably obtain a workable remedy pursuant to the terms of the warranty, so Plaintiff and Class members are entitled to a remedy that is not limited by the terms of the warranty. U.C.C. § 2-719(2).

88.     Plaintiff and Class members have complied with all obligations under the warranty or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein.

89.     As a direct and proximate result of Defendant's conduct, Plaintiff and Class members have been injured and sustained damages.

**<u>COUNT III</u>**
**COMMON LAW FRAUD BY OMISSION**
**(on behalf of the Class and alternatively on behalf of the Subclass)**

90.     Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

91.     Plaintiff asserts this claim on behalf of herself and the Class or, in the alternative, on behalf of the Subclass, against Defendant.

92.     Defendant committed fraud by failing to disclose and actively concealing, at the point of sale and otherwise, the Defect.

93.     Defendant was under a duty to Plaintiffs and the Class Members to disclose the Defect because:

      a.    Defendant was in a superior position to know about the existence, nature, cause, and results of the Defect;

      b.    Plaintiffs and Class Members could not reasonably have been expected to learn or discover the Defect; and

      c.    Defendant knew that Plaintiff and Class Members could not reasonably have been expected to learn about or discover the Defect.

      d.    Defendant made partial misleading representations about the Refrigerators.

94.     The Defect and the facts concealed by Defendant are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Refrigerators or pay a lower price.

95.     Defendant concealed or did not disclose the Defect in order to induce Plaintiffs and the Class Members to purchase the Refrigerators at a substantially higher price than they otherwise would have paid.

96.     Defendant's omissions were accompanied by the above-discussed affirmative representations that the Refrigerators could be reliably operated without failing.

97.     Plaintiffs and Class Members would not have purchased the Refrigerators if they knew of the Defect, or they would have only paid substantially less.

98.     Plaintiffs and the Class Members relied on Defendant's failure to disclose the Defect in purchasing the Refrigerators. As a result of their reliance, Plaintiffs and the other Class Members have been injured in an amount to be proven at trial, including, but not limited to, their lost benefit of the bargain and overpayment at the time of purchase and/or the diminished value of their Refrigerators. Meanwhile, Defendant has sold more Refrigerators than it otherwise could have and charged inflated prices for Refrigerators, unjustly enriching itself thereby.

99.     As a direct and proximate result of Defendant's misrepresentations and/or omissions, Plaintiffs and all members of the Class have been damaged in an amount to be proven at trial.

100.    Defendant's acts and/or omissions were done wantonly, maliciously, oppressively, deliberately, with intent to defraud; in reckless disregard of the rights of Plaintiffs and the Class; and to enrich itself. Defendant's misconduct warrants an assessment of punitive damages in an amount sufficient to punish FAC and deter such conduct in the future, which amount shall be determined according to proof at trial.

## COUNT IV
### FRAUD
**(on behalf of the Class and alternatively on behalf of the Subclass)**

101.    Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

102.    Plaintiff asserts this claim on behalf of herself and the Class or, in the alternative, on behalf of the Subclass, against Defendant.

103.     Defendant represented to Plaintiff and Class members that the Refrigerators were reliable, merchantable, and in good repair.

104.     The Defects caused the Refrigerators to fail to conform to the performance, durability, capability, and reliability that Defendant represented and were therefore of a substantially lesser quality and value than Defendant represented.

105.     Defendant knew or should have known that the Refrigerators could not conform to their representations because of the Defects.

106.     Defendant mispresented, concealed, and/or omitted material information concerning the Defects.

107.     The Defects and the facts mispresented, concealed, and/or omitted by Defendant are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Refrigerators or pay a lower price.

108.     Defendant mispresented, concealed, and/or omitted material information concerning the Defects in order to induce Plaintiff and Class members to purchase the Refrigerators at a substantially higher price than what they would have paid.

109.     Plaintiff and Class members reasonably and justifiably relied on Defendant's representations and advertisements when purchasing the Refrigerators.

110.     Plaintiff and Class members would not have purchased the Refrigerators if they knew of the Defects, or they would have only paid substantially less.

111.     As a direct and proximate result of Defendant's conduct, Plaintiff and Class members have been injured and sustained damages.

**COUNT V**
**UNJUST ENRICHMENT**
**(on behalf of the Class and alternatively on behalf of the Subclass)**

112.    Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

113.    Plaintiff asserts this claim on behalf of herself and the Class or, in the alternative, on behalf of the Subclass, against Defendant.

114.    Defendant represented to Plaintiff and Class members that the Refrigerators were reliable, merchantable, and in good repair.

115.    The Defects caused the Refrigerators to fail to conform to the performance, durability, capability, and reliability that Defendant represented and were therefore of a substantially lesser quality and value than Defendant represented.

116.    Defendant knew or should have known that the Refrigerators could not conform to their representations because of the Defects.

117.    Defendant mispresented, concealed, and omitted material information concerning the Defects.

118.    The Defects and the facts mispresented, concealed, and omitted by Defendant are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Refrigerators or pay a lower price.

119.    Defendant mispresented, concealed, and omitted material information concerning the Defects in order to induce Plaintiff and Class members to purchase the Refrigerators at a substantially higher price than what they would have paid.

120.    Plaintiff and Class members reasonably and justifiably relied on Defendant's representations and advertisements when purchasing the Refrigerators.

121.    Plaintiff and Class members would not have purchased the Refrigerators if they knew of the Defects, or they would have only paid substantially less.

122.    Plaintiff and Class members conferred substantial benefits on Defendant by purchasing defective Refrigerators at a premium without receiving a product that conformed to Defendant's representations.

123.    Defendant knowingly and willingly accepted and enjoyed these benefits.

124.    Defendant's retention of these benefits would be inequitable.

125.    As a direct and proximate result of Defendant's conduct, Plaintiff and Class members have been injured and sustained damages.

**COUNT VI**
**VIOLATIONS OF NEW JERSEY CONSUMER FRAUD ACT,**
**N.J. Stat. Ann. §§ 56:8-1,** *et seq.*
**(on behalf of Plaintiff Frances Pennix and the New Jersey Subclass)**

126.    Plaintiff Frances Pennix hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

127.    Plaintiff asserts this claim on behalf of herself and the Class or, in the alternative, on behalf of the Subclass, against Defendant.

128.    Defendant is a "person," as defined by N.J. Stat. Ann. § 56:8-1(d).

129.    Defendant sells "merchandise," as defined by N.J. Stat. Ann. § 56:8-1(c) and (e).

130.    The New Jersey Consumer Fraud Act, N.J. Stat. Ann. §§ 56:8-1, *et seq.*, prohibits unconscionable commercial practices, deception, fraud, false pretense, false promise, misrepresentation, as well as the knowing concealment, suppression, or omission of any material fact with the intent that others rely on the concealment, omission, or fact, in connection with the sale or advertisement of any merchandise.

131.    Defendant's representations and/or omissions were material because they were likely to deceive reasonable consumers.

132.    The Defendant's concealment of the defect caused Plaintiff an ascertainable loss of approximately $1,338 because she would not have purchased this unit had she known that Defendant's refrigerator had a pre-existing defect, a defect known to defendant but concealed by Defendant.

133.    As a direct and proximate result of Defendant's deceptive acts and practices, Plaintiff Frances Pennix and the New Jersey Subclass members have suffered and will continue to suffer injury, ascertainable losses of money or property, and monetary and non-monetary damages, including from not receiving the benefit of their bargain in purchasing the Refrigerators.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for a judgment as follows:

    a.      An order certifying this action as a class action;

    b.      An order appointing Plaintiff as Class Representative, and appointing undersigned counsel as Class Counsel to represent the Class;

    c.      A declaration that Defendant is liable under each and every one of the above-enumerated causes of action;

    d.      An order awarding compensatory damages, restitution, or refund of all funds acquired by Defendant from Plaintiff and Class members as a result of Defendant's unlawful conduct as described above, including actual, statutory, and punitive damages to the extent permitted by law in an amount to be proven at trial;

    e.      An order awarding appropriate preliminary and final injunctive relief against the conduct of Defendant as described above;

    f.      An award of attorneys' fees, expert witness fees, and costs, as provided by applicable law or as would be reasonable from any recovery of monies recovered for or benefits bestowed on the Class Members;

    g.      Interest as provided by law, including but not limited to pre-judgment and post-judgment interest as provided by rule or statute; and

    h.      Such other and further relief as this Court may deem just, equitable, or proper.

## JURY DEMAND

Plaintiff demands trial by jury.


Dated: April 11, 2023

Respectfully submitted,

*/s/ David C. Magagna, Jr.*

Daniel C. Levin
David C. Magagna, Jr.
Nicholas J. Elia
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
dlevin@lfsblaw.com
dmagagna@lfsblaw.com
nelia@lfsblaw.com

D. Aaron Rihn
Sara Watkins
**ROBERT PEIRCE & ASSOCIATES**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Tel: (844) 383-0565
arihn@peircelaw.com
swatkins@peircelaw.com

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Suite 302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com