## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK

| | |
|---|---|
| FRANCES PENNIX, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>WHIRLPOOL CORPORATION,<br><br>    Defendant. | Case No. 2:23-cv-02041 |

### PLAINTIFF'S RULE 41 NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Frances Pennix hereby dismisses all claims against Defendant, Whirlpool Corporation without prejudice.

Dated: June 8, 2023

Respectfully submitted,

*/s/ David C. Magagna, Jr.*

Daniel C. Levin
David C. Magagna, Jr.
Nicholas J. Elia
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
dlevin@lfsblaw.com
dmagagna@lfsblaw.com
nelia@lfsblaw.com

SO ORDERED.

s/ Michael E. Farbiarz
United States District Judge
Date: 6/8/2023

1

D. Aaron Rihn
Sara Watkins
**ROBERT PEIRCE & ASSOCIATES**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Tel: (844) 383-0565
arihn@peircelaw.com
swatkins@peircelaw.com

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Suite 302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

SO ORDERED.

_____
Micharl E. Farbariz,  U.S.D.J.
Date: 6/12/2023

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon all counsel of record through the Court's CM/ECF system on this 8th day of June, 2023.

*/s/ David C. Magagna, Jr.*
**DAVID C. MAGAGNA, JR.**